# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141778

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VONNELL ORLANDO REED,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141778
COA: 291405
Wayne CC: 08-013391-FH

On order of the Court, the application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

y0131